IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

BUILDERS MUTUAL INSURANCE COMPANY,

    Plaintiff,

v.

                                      Civil Action No. 2:09cv185

DRAGAS MANAGEMENT CORPORATION
and FIREMEN'S INSURANCE COMPANY
OF WASHINGTON, D.C.,

    Defendants.

## MOTION FOR EXTENSION OF TIME TO FILE
## RESPONSIVE PLEADINGS TO THE CROSSCLAIM

    Defendant, Dragas Management Corporation ("Dragas Management"), moves this Court to extend the time through June 22, 2009 for Dragas Management to answer, plead, or otherwise respond to the Crossclaim filed by the defendant, Firemen's Insurance Company of Washington, D.C. ("Firemen's"), and in support thereof, states as follows:

    1.    Firemen's served its Crossclaim upon Dragas Management on May 21, 2009. The time for Dragas Management to answer, plead, or otherwise respond has not passed, and more time is needed to form such responses in this matter.

    2.    Under Local Civil Rule 7(F)(2) of the Local Rules of Practice for this Court, no separate brief in support of this motion is required.

    3.    Dragas Management has requested from counsel for Firemen's and Plaintiff an extension of time in which to answer, plead, or otherwise respond to the Crossclaim through June 22, 2009. Counsel for Firemen's and Plaintiff have agreed.

4. Attached as **Exhibit A** is a proposed Order granting Dragas Management the relief sought. Counsel for Dragas Management, Firemen's and Plaintiff have agreed to the proposed order, and the proposed Order is being circulated and will be submitted to the Court once it is fully endorsed.

WHEREFORE, Defendant, Dragas Management Corporation, by counsel, requests that this Court enter an Order granting Dragas Management Corporation an extension of time to answer, plead, or otherwise respond to the Crossclaim through and including June 22, 2009.

Dated: June 10, 2009                               Respectfully submitted,

                                                   /s/ Kristan B. Burch
                                                   Kristan B. Burch
                                                   VSB No. 42640
                                                   KAUFMAN & CANOLES, P.C.
                                                   150 West Main Street, Suite 2100
                                                   Norfolk, VA  23510
                                                   Telephone:  (757) 624-3343
                                                   Facsimile:   (757) 624-3169
                                                   kbburch@kaufcan.com

                                                   *Counsel for Defendant Dragas Management Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Danny M. Howell (VSB No. 30352)
>Michael T. Marr (VSB No. 48536)
>Lisa Taylor Hudson (VSB No. 45484)
>Sands Anderson Marks & Miller
>1481 Chain Bridge Road, Suite 200
>McLean, VA 22101
>Telephone (703) 893-3600
>Facsimile (703) 893-8484
>dhowell@sandsanderson.com
>mmarr@sandsanderson.com
>lhudson@sandsanderson.com
>
>John B. Mumford, Jr. (VSB No. 38764)
>Kathryn E. Kransdorf (VSB No. 74124)
>Hancock, Daniel, Johnson & Nagle, P.C.
>4701 Cox Road, Suite 400
>Glen Allen, Virginia 23060
>Telephone: (804) 967-9604
>Facsimile: (804) 967-9888
>jmumford@hdjn.com
>kkransdorf@hdjn.com

>>   /s/ Kristan B. Burch
>>Kristan B. Burch
>>VSB No. 42640
>>*Counsel for Defendant, Dragas Management Corporation*
>>KAUFMAN & CANOLES, P.C.
>>150 West Main Street, Suite 2100
>>Norfolk, VA  23510
>>Telephone:  (757) 624-3343
>>Facsimile:   (757) 624-3169
>>kbburch@kaufcan.com

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

BUILDERS MUTUAL INSURANCE COMPANY,

    Plaintiff,

v.

                                            Civil Action No. 2:09cv185

DRAGAS MANAGEMENT CORPORATION
and FIREMEN'S INSURANCE COMPANY
OF WASHINGTON, D.C.,

    Defendants.

**AGREED ORDER**

On this day came the parties, by counsel, upon the Motion for an Extension of Time to File Responsive Pleadings to the Crossclaim ("Motion for Extension of Time") filed by the Defendant, Dragas Management Corporation ("Dragas Management"), and, upon consideration of the arguments set forth in the Motion for Extension of Time and for good cause shown, it is

ORDERED that the Motion for Extension of Time filed by Dragas Management is granted and Dragas Management shall have through and including June 22, 2009 in which to answer, plead or otherwise respond to the Crossclaim filed by Defendant, Firemen's Insurance Company of Washington, D.C.

5

Enter: \_\_\_\_\_/_____/\_\_\_\_\_

Judge: _____
United States District Court
Eastern District of Virginia

I ASK FOR THIS:

_____
Kristan B. Burch (VSB No. 42640)
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3343
Facsimile: (757) 624-3169
kbburch@kaufcan.com

*Counsel for Defendant Dragas Management Corporation*

SEEN AND AGREED:

_____
John B. Mumford, Jr. (VSB No. 38764)
Kathryn E. Kransdorf (VSB No. 74124)
Hancock, Daniel, Johnson & Nagle, P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
Telephone: (804) 967-9604
Facsimile: (804) 967-9888
jmumford@hdjn.com
kkransdorf@hdjn.com

*Counsel for Defendant Firemen's Insurance Company of Washington, D.C.*

SEEN AND AGREED:

_____
Danny M. Howell (VSB No. 30352)
Michael T. Marr (VSB No. 48536)
Lisa Taylor Hudson (VSB No. 45484)
Sands Anderson Marks & Miller
1481 Chain Bridge Road, Suite 200
McLean, VA 22101
Telephone (703) 893-3600
Facsimile (703) 893-8484
dhowell@sandsanderson.com
mmarr@sandsanderson.com
lhudson@sandsanderson.com

*Counsel for Plaintiff Builders Mutual Insurance Company*

1487323