# KAUFMAN & CANOLES
attorneys at law

Kaufman & Canoles, P.C.
150 West Main Street
Suite 2100
Norfolk, VA 23510

*Mailing Address*
Post Office Box 3037
Norfolk, VA 23514

T (757) 624.3000
F (757) 624.3169

kaufCAN.com

W Edgar Spivey
(757) 624.3196
wespivey@kaufcan.com



RECEIVED
MAR 15 2010
R. B. SMITH
U.S. DISTRICT JUDGE, NORFOLK, VA

March 15, 2010

**By Hand Delivery**

The Hon. Rebecca Beach Smith
United States District Court
Eastern District of Virginia
600 Granby Street
Norfolk, VA 23510

> Re: Builders Mutual Insurance Company
> v. Dragas Management Corporation and
> Firemen's Insurance Company of Washington, D.C.
> v. Hanover Insurance Company, Inc. and
> Citizens Insurance Company of America
> Civil Action No.: 2:09cv185

Dear Judge Smith:

At the hearing Friday afternoon, you asked for the case numbers for the two Nationwide Chinese-drywall related insurance coverage actions pending in the Richmond Division. They are (i) <u>Nationwide Mutual Insurance Company v. The Overlook, LLC, et al.</u>, Case No. 3:10-cv-00037, before Judge Hudson; and (ii) <u>Nationwide Mutual Insurance Company v. CG Stony Point Townhomes, LLC, et al.</u>, Case No. 3:10-cv-00038, before Judge Spencer . You indicated you were already aware of the case pending before Judge Doumar, <u>TRAVCO Insurance Company v. Larry Ward</u>, Case No. 2:10-cv-00014, and the other Builders Mutual declaratory judgment action, <u>Builders Mutual Insurance Company v. Parallel Design & Development, LLC, et al.</u>, Case No. 3:09-cv-00800. Please note that in <u>BMIC v. Parallel</u>, <u>Nationwide v. The Overlook</u>, and <u>TRAVCO v. Ward</u>, motions to transfer venue to the Eastern District of Louisiana Chinese Drywall Mutli-District Litigation have recently been filed.

We appreciate your attention to this matter.

Very truly yours,

W. Edgar Spivey

---

Disclosure Required by Internal Revenue Service Circular 230: This communication is not a tax opinion. To the extent it contains tax advice, it is not intended or written by the practitioner to be used, and it cannot be used by the taxpayer, for the purpose of avoiding tax penalties that may be imposed on the taxpayer by the Internal Revenue Service.

The Hon. Rebecca Beach Smith
March 15, 2010
Page 2


WES:rb
cc:     Danny M. Howell, Esq.
        John B. Mumford, Esq.
        Thomas S. Garrett, Esq.
NFK\1591755\1