UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION



FILED
MAY 27 2011
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| BUILDER'S MUTUAL INSURANCE CO., <br><br> Plaintiff, <br><br> v. <br><br> FIREMEN'S INSURANCE CO. OF WASHINGTON, D.C., and DRAGAS MANAGEMENT CORP. <br><br> Defendants/Third-Party Plaintiffs, <br><br> v. <br><br> HANOVER INSURANCE CO., and CITIZENS INSURANCE CO. OF AMERICA, <br><br> Third-Party Defendants. | Civil Action No. 2:09-cv-185 <br><br> **MOTION GRANTED.** <br> Entered this 27th day of May 2011 <br><br> ___RBS___ <br> **Rebecca Beach Smith** <br> **United States District Judge** |

### THIRD-PARTY DEFENDANTS' MOTION FOR LEAVE TO SUBMIT RECENTLY-DECIDED AUTHORITY IN FURTHER SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

Third-party defendants Hanover Insurance Company and Citizens Insurance Company of America (collectively, "Hanover") respectfully move the Court for leave to submit a recent decision from the Circuit Court of Virginia Beach, Virginia, in which the court held a "pollution exclusion" in a homeowners' insurance policy precluded coverage for claims relating to damage caused by "Chinese Drywall." The arguments supporting this motion for leave are set forth in the accompanying Memorandum in Support of Third Party Defendants' Motion for Leave to Submit Recently Decided Authority in Further Support of Their Motion for Summary Judgment.

Dated: May 12, 2011                Respectfully submitted,

/s/
Thomas S. Garrett
VSB No. 73790
Counsel for Hanover Insurance Company
and Citizen's Insurance Company of America
Harman, Claytor, Corrigan & Wellman, P.C.
P.O. Box 70280, Richmond, Virginia 23255
Phone: (804) 747-5200
Fax: (804) 747-6085
tgarrett@hccw.com

John Malloy (admitted *pro hac vice*)
Counsel for Hanover Insurance Company
And Citizen's Insurance Company of America
Robinson & Cole, LLP
280 Trumbell St
Hartford, CT 06103
(860) 275-8200
(860) 275-8299 (fax)
jmalloy@rc.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of May, 2011, I filed the foregoing electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Danny M. Howell, Esq.
Michael Thomas Marr, Esq.
Courtney South Schorr, Esq.
Mikhael David Charnoff, Esq.
Stephen Mark Goldman, Esq.
SANDS ANDERSON MARKS & MILLER
1497 Chain Bridge Road, Suite 202
McLean, Virginia 22101
and
Douglas A. Winegardner, Esq.
Jeffrey Hamilton Geiger, Esq.
Lisa T. Hudson, Esq.
Sands Anderson Marks & Miller
801 E. Main St.
Richmond, VA 23218-1998
*Counsel for Plaintiff Builder's Mutual Insurance Company*

Kristan B. Burch, Esq.
W. Edgar Spivey, Esq.
R. Johan Conrod, Jr., Esq.
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
*Counsel for Defendant Dragas Management Corp.*


John B. Mumford, Jr., Esq.
Kathryn E. Kransdorf, Esq.
HANCOCK DANIEL JOHNSON & NAGLE, P.C.
4701 Cox Road, Suite 400
Glen Allen, VA 23060
*Counsel for Defendant Firemen's Insurance Company of Washington, D.C.*

                                    /s/
                              Thomas S. Garrett
                              VSB No. 73790
                              Counsel for Hanover Insurance Company
                              and Citizen's Insurance Company of America
                              Harman, Claytor, Corrigan & Wellman
                              P.O. Box 70280, Richmond, Virginia 23255
                              (804) 747-5200
                              (804) 747-6085 - facsimile
                              tgarrett@hccw.com